**Abatement Order filed July 6, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00695-CV
_____

**EAST OF CHICAGO PIZZA, LLC AND EOC OF OHIO, INC., Appellants**

**V.**

**RADIA ENTERPRISES, INC., Appellee**

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2018-37071**

---

### ABATEMENT ORDER

On June 21, 2021, appellants East of Chicago Pizza, LLC and EOC of Ohio, Inc. notified this court that the parties have reached an agreement in principle to settle their disputes and anticipate moving to dismiss this appeal within ninety days. Accordingly, the appeal is abated, treated as a closed case, and removed from this court's active docket for ninety days from the date of this order.

The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Bourliot, Poissant, and Wilson.